UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARRY LEE CROUSE,

      Plaintiff,

    v.

EQUIFAX, EXPERIAN, TRANS UNION,
AND NATIONAL ARBITRATION FORUM,

      Defendants.

Case No. MS07-5010FDB

ORDER OF DISMISSAL

     Plaintiff has filed what purports to be a civil complaint citing as the basis for federal jurisdiction "FCRA and Violations of International Law/Geneva Con."  Plaintiff submits a variety of correspondence with various entities, as well as other documents.  The Court, however, cannot discern a claim among the documents, and, therefore, DISMISSES, this cause of action.

     SO ORDERED.

     DATED this 30th day of March, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1