1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARRY LEE CROUSE,

       Plaintiff,

    v.

EQUIFAX, EXPERIAN, TRANS UNION,
AND NATIONAL ARBITRATION FORUM,

       Defendants.

Case No. MS07-5010FDB

ORDER OF DISMISSAL

       Plaintiff has filed what purports to be a civil complaint citing as the basis for federal jurisdiction "FCRA and Violations of International Law/Geneva Con." Plaintiff submits a variety of correspondence with various entities, as well as other documents. The Court, however, cannot discern a claim among the documents, and, therefore, DISMISSES, this cause of action.

       SO ORDERED.

       DATED this 30th day of March, 2007.

                              _____
                               FRANKLIN D. BURGESS
                               UNITED STATES DISTRICT JUDGE

ORDER - 1